**JOSHUA S. VAN DE WETERING**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

FILED
MISSOULA, MT

2003 MAY 7 PM 4 05

PATRICK E. DUFFY
BY Carol A. Dahley
DEPUTY CLERK  #10

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### HELENA DIVISION

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM HARRISON GRAY,<br><br>    Defendant. | CR 03-/2 -H- DWM<br><br>**INDICTMENT**<br><br>THREAT AGAINST THE PRESIDENT<br>Title 18 U.S.C. § 871<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That on about December 26, 2002, in Powell County, in the State and District of Montana, the defendant, WILLIAM HARRISON GRAY, knowingly and willfully deposited

1

for conveyance in the mail a document containing a threat to take the life of the President of the United States, in violation of Title 18 U.S.C. §871.

### COUNT II

That on about January 15, 2003, in Powell County, in the State and District of Montana, the defendant, WILLIAM HARRISON GRAY, during a conversation with an agent of the Secret Service, knowingly and willfully made a threat to take the life of the President of the United States, in violation of Title 18 U.S.C. §871.

### COUNT III

That on about January 21, 2003, in Powell County in the State and District of Montana, the defendant, WILLIAM HARRISON GRAY, knowingly and willfully deposited for conveyance in the mail a document containing a threat to take the life of the President of the United States, in violation of Title 18 U.S.C. §871.

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney

WARRANT ✓ In State Co ty.

BAIL None

CRM/SUM